**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DWIGHT SHELTON, ) | Case No. CV 13-7531-JPR |
| ) Petitioner, ) | |
| ) vs. ) | **J U D G M E N T** |
| ) DAVID B. LONG, Warden, ) | |
| ) Respondent. ) | |

   Pursuant to the Memorandum Opinion and Order Denying First Amended Petition and Dismissing Action With Prejudice,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 30, 2015        /s/ Jean Rosenbluth
                                JEAN ROSENBLUTH
                                U.S. MAGISTRATE JUDGE